THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Julius Anthony Wilson, Appellant.
 
 
 

Appeal From York County
 Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2005-UP-400
Submitted June 1, 2005  Filed June 23, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
 Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  Julius Anthony Wilson appeals his conviction for trafficking crack cocaine in an amount greater than ten grams and less than twenty-eight grams.  The trial court sentenced Wilson to eight years imprisonment. 
Pursuant to Anders v. California, 386 U.S. 738 (1967), counsel for Wilson attached to the final brief a petition to be relieved as counsel, stating she had reviewed the record and concluded Wilsons appeal is without legal merit sufficient to warrant a new trial.  Wilson filed a separate pro se response.
After a thorough review of the record, brief, and pro se filings pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.[1]
HEARN, C.J., BEATTY and SHORT, JJ., concur.

[1]  Because oral argument would not aid the court in resolving the issues on appeal, we decide this case without oral argument pursuant to Rule 215, SCACR.